1 | Paul McCarthy
Cal. Bar no 139497
2 | 2150 Folsom #7A
San Francisco, CA
3 | 94110-1320
Tel. (415) 702-7260
4 | p_mccarthy@sbcglobal.net

5 | Attorney for *Plaintiff*
*MARGARET EVE-LYNNE MIYASAKI*

6

7



8

9 | United States District Court
Northern District of California
10 | Courthouse

**MEJ**

**CV 12 4427**

11 | MARGARET EVE-LYNNE MIYASAKI,        No.

12 | *Plaintiff,*        COMPLAINT, DEMAND FOR JURY TRIAL;
vs.        VERIFICATION; EXHIBITS "A" THROUGH "I"

13

14 | KYNA TREACY, dba Kini Bikini,
kinibikini.com, kinibikini.com.au,
15 | shopkinibikini.com,

16 | *Defendant.*

17 | COMPLAINT

18 | 1. Plaintiff is a resident of the Northern District of California, residing in San Francisco,

19 | California.

20 | 2. Defendant is a resident of Australia.

21 | 3. This court has jurisdiction over defendant because defendant has done business within

22 | the Northern District of California by offering copyright infringing items for sale on the internet

23 | 4. Prior to April 13, 2009, and beginning in 1998, plaintiff created an original work of

24 | wearable art to be reproduced on textile fabrics, which original work of art was known as

25 | "Verdant Garden." The work of art incorporates a unique crochet stitch pattern that is primarily

26 | aesthetic, and that it is separable from the functional aspects of the wearable art. Said

27 | reproduction is wholly original with plaintiff and is copyrightable subject matter under the laws

28 | of the United States.

1

5.  Since 1998, the aforesaid reproduction of a work of art has been published by plaintiff, and all copies of it made by plaintiff or under its authority or license, have been printed, reproduced, and published in strict conformity with the provisions of the federal Copyright Act of 1976, specifically 17 USC § 401, and all other laws governing copyright.

6. Since 1998, plaintiff has been and still is the sole owner of all right, title, and interest in and to the copyright in such reproduction of the work of art.

7. Copies of plaintiff's copyrighted reproduction of the work of art, entitled "Verdant Garden" is attached hereto as Exhibit "B", page 1 and Exhibit "C", page 2 (dress with V-shaped pattern of crochet stiching) and incorporated herein by this reference.

8.  Since prior to April 13, 2009, defendant infringed the copyright by manufacturing, causing to be manufactured, distributing offering for sale and/or selling, without plaintiff's consent, articles of clothing incorporating or attempting to incorporate plaintiff's unique crochet stitch pattern which was substantially copied from plaintiff's copyrighted reproduction of a work of art entitled "Verdant Garden."  Defendant's infringing design is attached as Exhibits "D" and"G", which is unmistakably copied from plaintiff's "Verdant Garden" unique crochet stitch pattern design. Defendant, by its acts aforesaid, has taken advantage of the knowledge and skill of plaintiff, and of the good will developed by plaintiff, and has capitalized on the market created by plaintiff for its designs. By its use of unique crochet stitch patterns commercially similar to plaintiff's design and color combinations, defendant has been and will be able to pass off and sell its textiles as a substitute for plaintiff's wearable artworks  bearing the copyrighted designs.  Furthermore, by copying and offering for sale its copy of the copyrighted design at the very same time the plaintiff is selling the original design, defendant has created and taken advantage of confusion of the design in the trade, and in the public mind, to its profit and to plaintiffs damage.

9. On August 22, 2009, plaintiff served a demand that defendant cease and desist its infringing activity.  A copy of the cease and desist demand is attached as Exhibit "A" to this complaint.  With this demand, plaintiff served copies of Exhibits "B" through "G" attached to this complaint.  The cease and desist demand was quite lengthy and stated defendant's infringing

1   activities in detail. Because the original email version of the cease and desist demand attached

2   as Exhibit "A" is somewhat difficult to read, plaintiff reproduces the entire cease and desist

3   demand below:

---

5   From:

6   Margaret Eve-Lynne Miyasaki
    2023 Folsom #6
7   San Francisco, CA 94110 USA

8   To:

9   Kyna Treacy
    http://www.kinibikini.com
10  http://kinibikini.com.au/
    www.shopkinibikini.com
11  Registrant: Kini Bikini
    info@kinibikini.com
12  kyna@kinibikini.com
    Mobile: +61 410 53 9903

13
    RE: CEASE AND DESIST "Kini Bikini Miami Knit Dress" and "Miami Knit Dress"
14  by Kyna Treacy

15  Dear Ms. Treacy;

16  You have made an unauthorized use of my copyrighted work, wearable art /crochet
    dress entitled "Verdant Garden"(hereinafter the "WORK") in the preparation of a
17  work derived therefrom; and are reproducing and authorizing it for sale on your
    website at:

18
        www.kinibikini.com, http://kinibikini.com.au/ and
19      www.shopkinibikini.com,

20  specifically, at the following pages:

21      1) http://www.kinibikini.com

22      2)
        http://www.kinibikini.com/collection/fashion-show/miami-knit-dress
23      -in-white?mode=minimal

24      3)http://www.kinibikini.com/collection/summer-0809/miami-knit-d
        ress-white?mode=minimal

25
        4)
26      http://www.kinibikini.com.au/collection/fashion-show/miami-knit-d
        ress-in-white?mode=minimal

27
        5)
28      http://shopkinibikini.com/cart.php?target=product&product_id=1

3

1   Paul McCarthy
    Cal. Bar no 139497
2   2150 Folsom #7A
    San Francisco, CA
3   94110-1320
    Tel. (415) 702-7260
4   p_mccarthy@sbcglobal.net

5   Attorney for *Plaintiff*
    MARGARET EVE-LYNNE MIYASAKI
6

7

8                    United States District Court
9                    Northern District of California
                     _____Courthouse
10

11   MARGARET EVE-LYNNE MIYASAKI,        No.

12            *Plaintiff*,                COMPLAINT, DEMAND FOR JURY TRIAL;
          vs.                            VERIFICATION; EXHIBITS "A" THROUGH "I"
13
     KYNA TREACY, dba Kini Bikini,
14   kinibikini.com, kinibikini.com.au,
     shopkinibikini.com,
15
              *Defendant*.
16

17                              COMPLAINT

18       1. Plaintiff is a resident of the Northern District of California, residing in San Francisco,

19   California.

20       2. Defendant is a resident of Australia.

21       3. This court has jurisdiction over defendant because defendant has done business within

22   the Northern District of California by offering copyright infringing items for sale on the internet

23       4. Prior to April 13, 2009, and beginning in 1998, plaintiff created an original work of

24   wearable art to be reproduced on textile fabrics, which original work of art was known as

25   "Verdant Garden." The work of art incorporates a unique crochet stitch pattern that is primarily

26   aesthetic, and that it is separable from the functional aspects of the wearable art.   Said

27   reproduction is wholly original with plaintiff and is copyrightable subject matter under the laws

28   of the United States.

                                              1

5. Since 1998, the aforesaid reproduction of a work of art has been published by plaintiff, and all copies of it made by plaintiff or under its authority or license, have been printed, reproduced, and published in strict conformity with the provisions of the federal Copyright Act of 1976, specifically 17 USC § 401, and all other laws governing copyright.

6. Since 1998, plaintiff has been and still is the sole owner of all right, title, and interest in and to the copyright in such reproduction of the work of art.

7. Copies of plaintiff's copyrighted reproduction of the work of art, entitled "Verdant Garden" is attached hereto as Exhibit "B", page 1 and Exhibit "C", page 2 (dress with V-shaped pattern of crochet stiching) and incorporated herein by this reference.

8. Since prior to April 13, 2009, defendant infringed the copyright by manufacturing, causing to be manufactured, distributing offering for sale and/or selling, without plaintiff's consent, articles of clothing incorporating or attempting to incorporate plaintiff's unique crochet stitch pattern which was substantially copied from plaintiff's copyrighted reproduction of a work of art entitled "Verdant Garden." Defendant's infringing design is attached as Exhibits "D" and"G", which is unmistakably copied from plaintiff's "Verdant Garden" unique crochet stitch pattern design. Defendant, by its acts aforesaid, has taken advantage of the knowledge and skill of plaintiff, and of the good will developed by plaintiff, and has capitalized on the market created by plaintiff for its designs. By its use of unique crochet stitch patterns commercially similar to plaintiff's design and color combinations, defendant has been and will be able to pass off and sell its textiles as a substitute for plaintiff's wearable artworks bearing the copyrighted designs. Furthermore, by copying and offering for sale its copy of the copyrighted design at the very same time the plaintiff is selling the original design, defendant has created and taken advantage of confusion of the design in the trade, and in the public mind, to its profit and to plaintiffs damage.

9. On August 22, 2009, plaintiff served a demand that defendant cease and desist its infringing activity. A copy of the cease and desist demand is attached as Exhibit "A" to this complaint. With this demand, plaintiff served copies of Exhibits "B" through "G" attached to this complaint. The cease and desist demand was quite lengthy and stated defendant's infringing

2

1   activities in detail.  Because the original email version of the cease and desist demand attached

2   as Exhibit "A" is somewhat difficult to read, plaintiff reproduces the entire cease and desist

3   demand below:

4   _____

5   From:

6   Margaret Eve-Lynne Miyasaki
    2023 Folsom #6

7   San Francisco, CA 94110 USA

8   To:

9   Kyna Treacy
    http://www.kinibikini.com

10  http://kinibikini.com.au/
    www.shopkinibikini.com

11  Registrant: Kini Bikini
    info@kinibikini.com

12  kyna@kinibikini.com
    Mobile: +61 410 53 9903

13
    RE: CEASE AND DESIST "Kini Bikini Miami Knit Dress" and "Miami Knit Dress"

14  by Kyna Treacy

15  Dear Ms. Treacy;

16  You have made an unauthorized use of my copyrighted work, wearable art /crochet
    dress entitled "Verdant Garden"(hereinafter the "WORK") in the preparation of a

17  work derived therefrom; and are reproducing and authorizing it for sale on your
    website at:

18
        www.kinibikini.com, http://kinibikini.com.au/ and

19      www.shopkinibikini.com,

20  specifically, at the following pages:

21      1) http://www.kinibikini.com

22      2)
        http://www.kinibikini.com/collection/fashion-show/miami-knit-dress

23      -in-white?mode=minimal

24      3)http://www.kinibikini.com/collection/summer-0809/miami-knit-d
        ress-white?mode=minimal

25
        4)

26      http://www.kinibikini.com.au/collection/fashion-show/miami-knit-d
        ress-in-white?mode=minimal

27
        5)

28      http://shopkinibikini.com/cart.php?target=product&product_id=1

                                    3

1    6140&substring=Miami

2    6)
     http://shopkinibikini.com/cart.php%3Ftarget%3Dcategory%26cate
3    gory_id%3D105&usg=__ZRpAwEE03Mslw_SwRCoT9PmpNrU=&h
     =100&w=67&sz=8&hl=en&start=5&sig2=zoQKak4339Qv0AAT
4    gA56RA&um=1&tbnid=JGmmBI3dSFtG6M:&tbnh=82&tbnw=55
     &prev=/images%3Fq%3D%2522Miami%2Bknit%2Bdress%2522%
5    26hl%3Den%26safe%3Doff%26client%3Dfirefox-a%26rls%3Dorg.
     mozilla:en-US:official%26um%3D1&ei=b_ZxSt_4A4OwtgOwu43
6    MCA

7    7)
     http://shopkinibikini.com/cart.php%3Ftarget%3Dcategory%26cate
8    gory_id%3D105&usg=__ZRpAwEE03Mslw_SwRCoT9PmpNrU=&h
     =100&w=67&sz=8&hl=en&start=

9
     and sold on the sites of your distributor, www.clothingstoreonline.com.au,
10   specifically, at the following pages:

11      1)
        http://www.clothingstoreonline.com.au/Miami-knit-dress-p-17403.
12      html

13      2) https://www.clothingstoreonline.com.au/Dresses-p-1-c-315.html

14      3)http://www.clothingstoreonline.com.au/Dresses-p-1-c-315.html&
        xid=3abbfd0e9059992cce3134ce1de45fa1

15
     and sold on the sites of your other distributor, www.clothingstoreonline.com.au,
16   specifically, at the following pages:

17      1) http://www.shopwiki.com.au

18      2) http://www.shopwiki.com.au/Donna+Karan+knit+dress

19      3) http://www.shopwiki.com.au/_Miami+knit+dress

20   This item is a copy of my original wearable art /crochet dress, entitled "Verdant
     Garden" displayed on the following pages:
21
        1) http://www.eve-lynne.com/RESORT_WEAR.html
22
        2)
23      http://archives.starbulletin.com/2000/06/01/features/story2.html

24   and formerly shown at:

25      1) http://www.hawaiiandelights.com/RESORT_WEAR.html

26   My original WORK is presently offered for sale by my business, Margaret Eve-Lynne
     Miyasaki, "Eve-Lynne Miyasaki", dba Hawaiian Delights and Hawaiian Delights
27   Crochet   Bikinis,   http://www.eve-lynne.com,   and   formerly   known   as
     http://www.hawaiiandelights.com . I have reserved all rights in the WORK, first
28   offered   for   sale   as   of   1998   and   first   published   on   the   Internet   at

                                          4

1   http://www.hawaiiandelights.com as of 2000, and copyrighted therein. The
    ownership and development of the WORK has been under my sole control previous
2   to those dates and at all times have been my original wearable art.

3   Your copy / copies are essentially identical to the WORK and clearly used the WORK
    as its basis. The WORK is protected under the Copyright Act and cannot be
4   reproduced without my prior authorization. As you neither asked for nor received
    permission to use the WORK as the basis, nor to make or sell copies, you have
5   willfully infringed my rights under 17 U.S.C. Section 101 et seq. Such authorization,
    if it had been sought, would not have been given.
6
    Furthermore, you are intentionally trading on the goodwill and reputation of
7   Hawaiian Delights, Hawaiian Delights Crochet Bikinis and the author of the WORK,
    "Eve-Lynne Miyasaki" and Margaret Eve-Lynne Miyasaki, by using copies that are
8   confusingly similar to the WORK.

9   It is clear that your use of the WORK is intended to (and actually does) confuse and
    misdirect consumers by holding out your copies as being an original that you have
10  the authority to make and sell when it is not the case. This deliberate use of the
    WORK is a scheme to defraud consumers.
11
    Furthermore, due to the inferior quality, workmanship, and price of your copy/copies,
12  your offering such copy/copies constitutes a trade disparagement of the WORK, my
    original wearable art /crochet dress.
13
    As well as having the appropriate legal copyright notices on the both of my websites,
14  you were given personal notice of copyright infringement by email from me to you,
    dated April 13, 2009.
15
    On April 13, 2009, I sent you an email giving you notice of copyright infringement
16  by you of the WORK, because of your production and sale of copies of the WORK,
    of which copies you entitled "Kini Bikini Miami knit dress", or simply "Miami knit
17  dress".

18  April 13, 2009, you replied to me by email acknowledging that the Kini Bikini Miami
    knit dress is essentially identical to the WORK and a copy of the WORK,
19
            "Thank you for alerting me that this is your design, last year I did
20          various crochet pieces for sale for my collection, this season my entire
            collection is lycra."
21
            (Excerpts email from Kyna Treacy, dated April 13, 2009, 6:11pm)
22
    and stated you did not realize that the WORK was copyrighted,
23
            "I bought it wholesale from a company in China zhangqingbao and
24          then I noticed all these other american sites selling the same thing but
            with tacky glamour models in the pics and was not tasteful. I am no
25          longer buying out of China I now get my lycra made in Australia and
            never intended to copy your design- I wish I knew about your brand
26          earlier and I wouldn't have bought or sold any."

27  (Excerpts email from Kyna Treacy, dated April 13, 2009, 6:11pm)

28

5

Complaint; Demand for Jury Trial; Verification; Exhibits "A" through "I"

1  "I would ask that you do not take legal action against me as I have no
   money after my first year of trading anyhow I have only just broken
2  even and no knowledge that what I was buying was a rip off of your
   designs.."

3

(Excerpts email from Kyna Treacy, dated April 13, 2009, 6:11pm)

4

5  "I went to China to buy the stock from supplier Zhangqingbiao, they
   do not have a website or email, it was in China on a trip there the
   year before last, they had various crochet styles, not like or other ones
6  only the dress now I see is the same as yours." (Excerpts email from
   Kyna Treacy, dated April 14, 2009, 7:45pm)

7

and you did not intend to sell it anymore, now that you realize the WORK was
8  copyrighted.

9  "I am not doing the Miami knit dress anymore- you have my word- the
   pics are still on my website but its last season stock for me." (Excerpts
10 email from Kyna Treacy, dated April 13, 2009, 6:11pm)

11 "You have my word that no miami knit dress will ever be sold, I have
   no stock left anyway. Clothing store online know that it was last
12 season stock and I have none in stock to be made. Plus I only sold
   that style to Aussie customers last year."

13

(Excerpts email from Kyna Treacy, dated April 13, 2009, 6:11pm)

14

You stated that you would stop selling the Kini Bikini Miami knit dress because you
15 were informed by me and you believed that the Miami knit dress is a copy of the
   WORK. You stated that copies of the WORK won't be made available by you again.

16

However, since April 13, 2009, you have continued to this date to sell copies of the
17 WORK, prices ranging from $92.00 to $200, have photos of the WORK on your
   website and hold it out to the public at large as being a "design" of yours. Further,
18 you have continued to make it available for distribution and sale through various
   distributors.

19

Furthermore, your April 13, 2009 email to me that you'd just sold the Miami knit
20 dress after noticing it in a Chinese supplier's warehouse is not what you told the
   Sunshine Coast Daily Online in your December 2008 interview, "Kyna's Knits." You
21 told them that you had you had originally approached a Chinese factory on your
   own with an order for 60 items and that your orders to China "are now in the
22 thousands, rather than dozens."

23 http://www.thedaily.com.au/news/2008/dec/08/kyna-treacy-crocheted-bikini/

24 Your activities are unlawful and constitute unfair competition, intentional copyright
   infringement, copyright dilution, false action of origin, trade disparagement and
25 fraud. Furthermore, because you operate an interactive website in which customers
   can buy items directly from your company by filling out an online form, you can be
26 sued anywhere that your website appears. If I have to file a lawsuit, it will be in the
   United States court in San Francisco, California.

27

I, therefore, demand that you immediately cease and desist from reproducing and
28 selling your copies of the WORK, and that you deliver to me all unused,

6

1   undistributed copies of the WORK, or destroy such copies immediately. Take down
    or cause to have taken down any and all photos of copies of the WORK on your
2   sites, those of your distributors, and other sites where you have caused photos of
    copies of the WORK to be displayed. Submit a formal written retraction of your false
3   statements regarding the origin of the copies of the WORK to the newspaper in which
    they were published, and on your websites and distributors websites where these
4   statement appears. Your false statements appeared in these newspaper articles,
    which are that you're knock-off of Verdant Garden crochet dress, namely your Miami
5   knit dress, is your original design:

6          1) The Sunshine Coast Daily
           APN News & Media Ltd.
7          Article dated December 8, 2008
           Source:
8          http://www.thedaily.com.au/news/2008/dec/08/kyna-treacy-croch
           eted-bikini/
9
           Article: Kyna's kinis
10
    This article, "Kyna's kinis", in which you claim to be the designer of all garments
11  in the kinibikini 2008 range, shown at
    http://www.thedaily.com.au/news/2008/dec/08/kyna-treacy-crocheted-bikini/
12  links to a photo gallery at
    http://www.thedaily.com.au/news/2008/dec/08/kyna-treacy-crocheted-bikini/,
13  which shows a photo of your Verdant Garden dress knock-off entitled,:"Miami
    knit dress white- Kini Bikini. Photo: Contributed" as #3 in the gallery.
14
           http://www.thedaily.com.au/news/2008/dec/08/kyna-treacy-croch
15         eted-bikini/
           "Kini Bikini"
16         Photo title: "Miami knit dress white- Kini Bikini. Photo: Contributed"
           Sunshine Coast Daily, APN News & Media Ltd.
17
    This webpage links to other webpages,
18
           http://www.thedaily.com.au/photos/galleries/kini-bikini-models/75
19         35/ and
           http://www.thedaily.com.au/photos/galleries/kini-bikini-models/,
20         which are showing photos of your Verdant Garden dress knock-off
           entitled,:"Miami knit dress white- Kini Bikini. Photo: Contributed":
21
           http://www.thedaily.com.au/photos/galleries/kini-bikini-models/75
22         35/
           "Kini Bikini"
23         Photo title: "Miami knit dress white- Kini Bikini. Photo: Contributed"

24         http://www.thedaily.com.au/photos/galleries/kini-bikini-models/
           "Kini Bikini"
25         Photo title: "Miami knit dress white- Kini Bikini. Photo: Contributed"

26  This article, "Kyna's kinis", reports that you made first contacted with a Chinese
    crochet factory and placed orders for crochet garments.
27
           "Kyna had always liked the unique one piece style adored in the
28         1960s and 1970s and believed in her designs enough to contact a

                                            7

1   Chinese factory that could make them, although she had to take a
    chance with her personal savings to meet a minimum order of 60.

2   Her orders to China are now in the thousands, rather than dozens."

3   2) The Sunshine Coast Daily Online
4   APN News & Media Ltd.
    Article dated December 9, 2008
5   Source:
    http://www.finda.com.au/story/2008/12/09/kynas-kinis-hit-hollyw
6   ood-shelves/

7   Article: Kyna's kinis hit Hollywood shelves

8   This article, "Kyna's kinis hit Hollywood shelves", in which you claim to be the
    designer of all garments in the kinibikini 2008 range, shown at the webpage,
9   http://www.finda.com.au/story/2008/12/09/kynas-kinis-hit-hollywood-shelves/,
    has a link to the same photo gallery as the "Kyna's Kinis" article:

10
    http://www.thedaily.com.au/photos/galleries/kini-bikini-models/75
11  33/, with a frame photo gallery", which includes a photo of your
    Verdant Garden dress knock-off entitled: "Miami knit dress white-
12  Kini Bikini. Photo: Contributed" as photo number 3

13  And the webpage,

14  http://www.thedaily.com.au/photos/galleries/kini-bikini-models/75
    33/, links to a different webpage,
15  http://www.thedaily.com.au/news/2008/dec/08/kyna-treacy-croch
    èted-bikini/, showing a photo of your verdant Garden dress
16  knock-off entitled,:"Miami knit dress white- Kini Bikini. Photo:
    Contributed".

17
    This article, "Kyna's kinis hit Hollywood shelves", reports that you began ordering
18  crochet garments, including the WORK, in quantities of dozens, but are now ordering
    crochet garments in quantities of thousands, from the crochet factory, and further you
19  intend to place more orders for crochet garments:

20  "Her orders to China are now in the thousands, rather than dozens.

21  "It's blown me away because I didn't intend for it to be so popular or
    take off in the way it has," she said.

22  "I knew I liked them but I didn't know if everyone else would because
23  crochet hasn't been around for quite a while and no one else was
    really doing it.

24  "When I turned 25 I started saving to put towards my first range
25  because modelling is a short lived career."

26  3) Sunshine Coast Daily (Maroochydore, Australia)
    APN Newspapers Pty Ltd.
27  Article dated: January 2, 2009
    Source: http://www.highbeam.com/doc/1G1-195950666.html

28

8

1    Article: {kini a new twist on } {old fave};

2    The crochet bikini is back, thanks to the creative talents of Kyna
     Treacy. Her updated version of the '60s icon is winning a new legion
3    of fans, as Hayley Nissen reveals.

4    ""I found some patterns, updated them, added cotton elastane so
     you can swim in them and introduced new shapes.""

5    "Kyna has also branched out into crochet dresses, tops and
6    cover-ups to make sure she keeps on top of the market."

7    Citation:

8    "{kini a new twist on } {old fave}; The crochet bikini is back,
     thanks to the creative talents of Kyna Treacy. Her updated version
9    of the '60s icon is winning a new legion of fans, as Hayley Nissen
     reveals." Sunshine Coast Daily (Maroochydore, Australia). APN
10   Newspapers Pty Ltd. 2009. Retrieved August 19, 2009 from
     HighBeam Research:
11   http://www.highbeam.com/doc/1G1-195950666.html

12   In this article, "{kini a new twist on } {old fave}; The crochet bikini is back, thanks
     to the creative talents of Kyna Treacy. Her updated version of the '60s icon is winning
13   a new legion of fans, as Hayley Nissen reveals.", in which you claim to be the
     designer of all garments in the kinibikini 2008 range, has a link to
14   http://www.kinibikini.comand quotes from you stating that you actively researched
     and used existing crochet patterns belonging to other than yourself, that you revised
15   these existing crochet patterns, took your revised crochet patterns to China and had
     copies made of them in amounts up to and over 1,000. Which is very different from
16   what you told me after you received my notice of copyright infringement regarding
     your knock-off of the WORK, sent to you on May 13, 2009.

17
     Again, let me show you an excerpt from your email reply sent to me on May 13,
18   2009:

19   Thank you for alerting me that this is your design, last year I did
     various crochet pieces for sale for my collection, this season my entire
20   collection is lycra. I am not doing the Miami knit dress anymore- you
     have my word- the pics are still on my website but its last season stock
21   for me. I bought it wholesale from a company in China zhangqingbao
     and then I noticed all these other american sites selling the same thing
22   but with tacky glamour models in the pics and was not tasteful. I am
     no longer buying out of China I now get my lycra made in Australia
23   and never intended to copy your design- I wish I knew about your
     brand earlier and I wouldn't have bought or sold any."

24
     This email reply, which you sent me less than six months after your statements to the
25   media were internationally published via the internet, shows that your conduct
     towards me is and always was in bad faith. Even to this very day you display your
26   knock-offs of the WORK on your websites, http://www.kinibikini.com and
     http://shopkinibikini.com/, and still make the same false claims about the origin of
27   the Miami knit dress, which is as a knock-off of the WORK.

28   This activity is actionable under federal law and causes you to be liable to Hawaiian

9

1   Delights, Hawaiian Delights Crochet Bikinis, http://www.eve-lynne.com, formerly
known as http://www.hawaiiandelights , and the author of the WORK, "Eve-Lynne
2   Miyasaki" and Margaret Eve-Lynne Miyasaki, in every country in which you advertise
such products for sale. Please note that I am also sending a copy of this letter to your
3   internet service provider.

4   This wholesale misappropriation of my copyright works has not been authorized by
me and is an infringement of my exclusive rights as copyright owner. Because the
5   infringement is flagrant, I believe that this is a very serious matter. I demand that you
cease and desist from disseminating the material posted at the referenced web site
6   immediately, including any hyperlinks to other locations where the information may
available from all web sites and servers under your control.

7
In the circumstances I also demand that you immediately:
8
    1) remove all aforesaid infringing material from your Website(s), and
9       notify me in writing that you have done so;

10      2) undertake in writing to desist from using any of my copyrighted
        work in future without prior written authority from me.
11
I await to hear from you by no later than close of business on AUGUST 30, 2009,
12  failing which equivalent letters will be sent to:

13      * Your Web Host

14      * Your Domain Registrar

15      * Legal Support at Google and other Search Engines.

16  This is written without prejudice to my rights, all of which are hereby fully and
expressly reserved.
17
Thank you for your anticipated cooperation. I can be reached at (415) 846-5913
18  should you have any questions.

19   Sincerely,

20  Margaret Eve-Lynne Miyasaki
Hawaiian Delights Crochet Bikinis.
21  http://www.eve-lynne.com (formerly http://www.hawaiiandelights.com

22
    10. The cease and desist demand corrected defendant's addresses and details contained
23
in an earlier cease and desist demand that had been emailed on August 20, 2012 defendant, as
24
shown in Exhibit "A", attached to this complaint. The contents of plaintiff's cease and desist
25
demand are incorporated into this complaint by reference.
26
    11. Despite plaintiff's cease and desist demand of August 22, 2009, defendant has
27
continued to engage in her unlawful infringing activities as described herein, up until the present
28
    10

1    day.  See Exhibit "I" attached to this complaint, depicting the same infringing design, now being

2    marketed as "Cancun dress" as of the summer of 2011.

3         12. By doing so, defendant has violated the federal Copyright Act of 1976, specifically

4    17 USC § 401.  The aforesaid acts of defendant, in publishing, distributing, manufacturing,

5    causing to be manufactured, offering for sale, and/or selling copies of plaintiffs copyrighted

6    design and unique crochet stitch pattern embedded into wearable articles of the very same type

7    as those sold by plaintiff bearing the copyrighted design, constitutes inequitable conduct, unfair

8    trade practices, and unfair competition, in that defendant has thereby misappropriated plaintiffs

9    good will and the benefits of plaintiffs skill and expenditures in the development and promotion

10   of the distinctive design and color combinations.

11        13. As a direct and proximate result of defendant's unlawful infringing activities, plaintiff

12   has lost profits and been irreparably injured in that plaintiff's market has been greatly reduced

13   and such injury will continue so long as defendant continues to market the copied design.

14        WHEREFORE, plaintiff requests that:

15        1. Defendant, its agents, employees, and servants, be enjoined pendente lite and

16   permanently from infringing plaintiffs copyright in any manner, and from publishing,

17   distributing, manufacturing, causing to be manufactured, selling, marketing, or otherwise

18   disposing of any textiles imprinted with the design copied from plaintiffs copyrighted

19   reproduction of a work of art.

20        2. Defendant be required to pay to plaintiff damages of $50,000 or in such greater

21   amount as shall be proven at trial or hearing, which plaintiff has sustained in consequence of

22   defendant's aforesaid copyright infringement and unfair trade practices and unfair competition,

23   and to account for:

24        a) All gains, profits, and advantages derived by defendant from its infringement
         of plaintiffs copyright or such damages as the court deems appropriate within the
25        provisions of the copyright statutes; and

26        (b) All gains, profits, and advantages derived by defendant through its unfair trade
         practices and unfair competition.
27
         3. Defendant be required to deliver up to be impounded during the pendency of this
28

                                              11

1    action all copies of the aforesaid reproduction of plaintiff's copyrighted reproduction of a work

2    of art whether in its possession or under its control, and to deliver up for destruction all

3    infringing copies and all rollers, screens, plates, molds, and other matter for making such

4    infringing copies.

5        4. Defendant pay to plaintiff the cost of this action and reasonable attorney fees to be

6    allowed to plaintiff by the court.

7        5. Plaintiff have such other and further relief as the court may deem just.

8        Dated:  San Francisco, California, Tuesday, August 21, 2012.

Paul McCarthy
Attorney for *Plaintiff* MARGARET EVE-LYNNE
MIYASAKI

### DEMAND FOR JURY TRIAL

Plaintiff demands a jury trial on all issues so triable.

Dated:  San Francisco, California, Tuesday, August 21, 2012.

Paul McCarthy
Attorney for *Plaintiff* MARGARET EVE-LYNNE
MIYASAKI

### VERIFICATION

I declare under penalty of perjury that the facts set forth in this complaint are true and correct based on my personal knowledge and that the exhibits attached to this complaint are true and correct copies of the documents that they purport to be.  Executed in San Francisco, California, on Tuesday, August 21, 2012.

Margaret Eve-Lynne Miyasaki, *Plaintiff*

12



Cease and Desist / "Miami Knit Dress" / "Verdant Garden"

FROM: Eve Miyasaki
TO: info@kinibikini.com
CC: kyna@kinibikini.com

Saturday, August 22, 2009 7:47 PM

From:

Margaret Eve-Lynne Miyasaki
2023 Folsom #6
San Francisco, CA 94110 USA

To:

Kyna Treacy
http://www.kinibikini.com
http://kinibikini.com.au/
www.shopkinibikini.com
Registrant:    Kini Bikini
info@kinibikini.com
kyna@kinibikini.com
Mobile: +61 410 53 9903

RE: CEASE AND DESIST  "Kini Bikini Miami Knit Dress" and "Miami Knit Dress" by Kyna Treacy

Dear Ms. Treacy:

You have made an unauthorized use of my copyrighted work, wearable art /crochet dress entitled "Verdant Garden"(hereinafter the "WORK") in the preparation of a work derived therefrom; and are reproducing and authorizing it for sale on your website at:

www.kinibikini.com, http://kinibikini.com.au/ and www.shopkinibikini.com,

specifically, at the following pages:

1) http://www.kinibikini.com

M 5.5, southern Sumatra, Indonesia  Now: 55°F   Tue: 68°F   Wed: 68°F

**EXHIBIT A**



Yahoo Mail - Nightly

marks Tools Help

us.mg6.mail.yahoo.com/neo/launch?rand=7s0bmm45jf8ds ☆ 🔲 🔍 Google

ew Window ✗Repair | ✗Cut 🅱Paste 🖩Isolate 🖉Erase 🏢Relax ⊕Make BW ☰Center ✒Fix Page ✗Remove | ✎Se

Options ▾ | Help ▾          Make Y! My Homepage          🔍 Go Mobile   My Y!   🏠 Ya

🔍 kini bikini                                    Search Mail    Search Web

CONTACTS       SEARCH: kini bi...    CEASE AND DES...    Cease and Desi...

Delete    Reply ▾    Forward    🗑 ▾   Print    ⚙ ▾    ↑   ↓

**Cease and Desist / "Miami Knit Dress" / "Verdant Garden"** 🖉 8    Hide Details

FROM: Eve Miyasaki                              Saturday, August 22, 2009 7:47 PM

TO: info@kinibikini.com

CC: kyna@kinibikini.com

From:

Margaret Eve-Lynne Miyasaki
2023 Folsom #6
San Francisco, CA 94110 USA

To:

Kyna Treacy
http://www.kinibikini.com
http://kinibikini.com.au/
www.shopkinibikini.com
Registrant:   Kini Bikini
info@kinibikini.com
kyna@kinibikini.com
Mobile: +61 410 53 9903

RE: <u>CEASE AND DESIST</u>  "Kini Bikini Miami Knit Dress" and "Miami Knit Dress" by Kyna Treacy

Dear Ms. Treacy;

You have made an unauthorized use of my copyrighted work, wearable art /crochet dress entitled
"Verdant Garden"(hereinafter the "WORK") in the preparation of a work derived therefrom; and are
reproducing and authorizing it for sale on your website at:

www.kinibikini.com, http://kinibikini.com.au/ and www.shopkinibikini.com,

specifically, at the following pages:

1) http://www.kinibikini.com

M  5.5, southern Sumatra, Indonesia ●↧●|⊙|🔅| Now: 55°F 🌥 | Tue: 68°F 🌐 | Wed: 68°F 🌐



specifically, at the following pages:

1) http://www.kinibikini.com

2) http://www.kinibikini.com/collection/fashion-show/miami-knit-dress-in-white?mode=minimal

3)http://www.kinibikini.com/collection/summer-0809/miami-knit-dress-white?mode=minimal

4) http://www.kinibikini.com.au/collection/fashion-show/miami-knit-dress-in-white?mode=minimal

5) http://shopkinibikini.com/cart.php?target=product&product_id=16140&substring=Miami

6) http://shopkinibikini.com
/cart.php%3Ftarget%3Dcategory%26category_id%3D105&usg=__ZRpAwEE03Mslw_SwRCoT9PmpNrU=&
h=100&w=67&sz=8&hl=en&start=5&sig2=zoQKak4339Qv0AATgA56RA&um=1&tbnid=JGmmBl3dSFtG6M:&
tbnh=82&tbnw=55&prev=/images%3Fq
%3D%2522Miami%2Bknit%2Bdress%2522%26hl%3Den%26safe%3Doff%26client%3Dfirefox-
a%26rls%3Dorg.mozilla:en-US:official%26um%3D1&ei=b_ZxSt_4A4OwtgOwu43MCA

7) http://shopkinibikini.com
/cart.php%3Ftarget%3Dcategory_id%3D105&usg=__ZRpAwEE03Mslw_SwRCoT9PmpNrU=&
h=100&w=67&sz=8&hl=en&start=

and sold on the sites of your distributor, www.clothingstoreonline.com.au, specifically, at the following pages:

1) http://www.clothingstoreonline.com.au/Miami-knit-dress-p-17403.html

2) https://www.clothingstoreonline.com.au/Dresses-p-1-c-315.html

3)http://www.clothingstoreonline.com.au/Dresses-p-1-c-315.html&xid=3abbfd0e9059992cce3134ce1de45fa1

and sold on the sites of your other distributor, www.clothingstoreonline.com.au, specifically, at the following
pages:

1) http://www.shopwiki.com.au

2) http://www.shopwiki.com.au/Donna+Karan+knit+dress

3) http://www.shopwiki.com.au/_Miami+knit+dress

This item is a copy of my original wearable art /crochet dress, entitled "Verdant Garden" displayed on the
following pages:

1) http://www.eve-lynne.com/RESORT_WEAR.html

2) http://archives.starbulletin.com/2000/06/01/features/story2.html

and formerly shown at:

1) http://www.hawaiiandelights.com/RESORT_WEAR.html



and formerly shown at:

1) http://www.hawaiiandelights.com/RESORT_WEAR.html

My original WORK is presently offered for sale by my business, Margaret Eve-Lynne Miyasaki, "Eve-Lynne Miyasaki", dba Hawaiian Delights and Hawaiian Delights Crochet Bikinis, http://www.eve-lynne.com, and formerly known as

http://www.hawaiiandelights.com . I have reserved all rights in the WORK, first offered for sale as of 1998 and first published on the Internet at http://www.hawaiiandelights.com as of 2000, and copyrighted therein. The ownership and development of the WORK has been under my sole control previous to those dates and at all times have been my original wearable art.

Your copy / copies are essentially identical to the WORK and clearly used the WORK as its basis. The WORK is protected under the Copyright Act and cannot be reproduced without my prior authorization. As you neither asked for nor received permission to use the WORK as the basis, nor to make or sell copies, you have willfully infringed my rights under 17 U.S.C. Section 101 et seq. Such authorization, if it had been sought, would not have been given.

Furthermore, you are intentionally trading on the goodwill and reputation of Hawaiian Delights, Hawaiian Delights Crochet Bikinis and the author of the WORK, "Eve-Lynne Miyasaki" and Margaret Eve-Lynne Miyasaki, by using copies that are confusingly similar to the WORK.

It is clear that your use of the WORK is intended to (and actually does) confuse and misdirect consumers by holding out your copies as being an original that you have the authority to make and sell when it is not the case. This deliberate use of the WORK is a scheme to defraud consumers.

Furthermore, due to the inferior quality, workmanship, and price of your copy/copies, your offering such copy/copies constitutes a trade disparagement of the WORK, my original wearable art /crochet dress.

As well as having the appropriate legal copyright notices on the both of my websites, you were given personal notice of copyright infringement by email from me to you, dated April 13, 2009.

On April 13, 2009, I sent you an email giving you notice of copyright infringement by you of the WORK, because of your production and sale of copies of the WORK, of which copies you entitled "Kini Bikini Miami knit dress", or simply "Miami knit dress".

April 13, 2009, you replied to me by email acknowledging that the Kini Bikini Miami knit dress is essentially identical to the WORK and a copy of the WORK,

"Thank you for alerting me that this is your design, last year I did various crochet pieces for sale for my collection, this season my entire collection is lycra."

(Excerpts email from Kyna Treacy, dated April 13, 2009, 6:11pm)

and stated you did not realize that the WORK was copyrighted,

"I bought it wholesale from a company in China zhangqingbao and then I noticed    all these other american sites selling the same thing but with tacky glamour models    in the pics and was not tasteful. I am no longer buying out of China I now get my    lycra made in Australia and never intended to copy your design- I wish I



and stated you did not realize that the WORK was copyrighted.

"I bought it wholesale from a company in China zhangqingbiao and then I noticed    all these other american sites selling the same thing but with tacky glamour models    in the pics and was not tasteful. I am no longer buying out of China I now get my    lycra made in Australia and never intended to copy your design- I wish I knew    about your brand earlier and I wouldn't have bought or sold any." (Excerpts email    from Kyna Treacy, dated April 13, 2009, 6:11pm)

"I would ask that you do not take legal action against me as I have no money after    my first year of trading anyhow I have only just broken even and no knowledge    that what I was buying was a rip off of your designs.." (Excerpts email from Kyna    Treacy, dated April 13, 2009, 6:11pm)

"I went to China  to buy the stock from supplier Zhangqingbiao, they do not have    a website or email, it was in China on a trip there the year before last, they had    various crochet styles, not like or other ones only the dress now I see is the same as    yours." (Excerpts email from Kyna Treacy, dated April 14, 2009, 7:45pm)

and you did not intend to sell it anymore, now that you realize the WORK was    copyrighted.

"I am not doing the Miami knit dress anymore- you have my word- the pics are    still on my website but its last season stock for me." (Excerpts email from Kyna    Treacy, dated April 13, 2009, 6:11pm)

"You have my word that no miami knit dress will ever be sold, I have no stock left    anyway. Clothing store online know that it was last season stock and I have none in    stock to be made. Plus I only sold that style to Aussie customers last year."

(Excerpts email from Kyna Treacy, dated April 13, 2009, 6:11pm)

You stated that you would stop selling the Kini Bikini Miami knit dress because you were informed by me and you believed that the Miami knit dress is a copy of the WORK. You stated that copies of the WORK won't be made available by you again.

However, since April 13, 2009, you have continued to this date to sell copies of the WORK, prices ranging from $92.00 to $200, have photos of the WORK on your website and hold it out to the public at large as being a "design" of yours. Further, you have continued to make it available for distribution and sale through various distributors.

Furthermore, your April 13, 2009 email to me that you'd just sold the Miami knit dress after noticing it in a Chinese supplier's warehouse is not what you told the Sunshine Coast Daily Online in your December 2008 interview, "Kyna's Knits." You told them that you had you had originally approached a Chinese factory on your own with an order for 60 items and that your orders to China "are now in the thousands, rather than dozens."

http://www.thedaily.com.au/news/2008/dec/08/kyna-treacy-crocheted-bikini/

Your activities are unlawful and constitute unfair competition, intentional copyright infringement, copyright dilution, false action of origin, trade disparagement and fraud. Furthermore, because you operate an interactive website in which customers can buy items directly from your company by filling out an online form, you can be sued anywhere that your website appears. If I have to file a lawsuit, it will be in the United States court in San Francisco, California.

s - Yahoo Mail - Nightly

arks Tools Help

us.mg6.mail.yahoo.com/neo/launch?.rand=7s0bmm45jf8ds          Google

w Window  ✗Repair | ✗Cut  ⬛Paste  ⬛Isolate  ⬥Erase  ⬛Relax  ⬥Make BW  ⬛Center  ⬥Fix Page  ✗Remove  ⬥

United States Court in San Francisco, California.

I, therefore, demand that you immediately cease and desist from reproducing and selling your copies of the WORK, and that you deliver to me all unused, undistributed copies of the WORK, or destroy such copies immediately. Take down or cause to have taken down any and all photos of copies of the WORK on your sites, those of your distributors, and other sites where you have caused photos of copies of the WORK to be displayed. Submit a formal written retraction of your false statements regarding the origin of the copies of the WORK to the newspaper in which they were published, and on your websites and distributors websites where these statement appears. Your false statements appeared in these newspaper articles, which are that you're knock-off of Verdant Garden crochet dress, namely your Miami knit dress, is your original design:

1) The Sunshine Coast Daily
APN News & Media Ltd.
Article dated December 8, 2008
Source: http://www.thedaily.com.au/news/2008/dec/08/kyna-treacy-crocheted-bikini/

Article: Kyna's kinis

This article, "Kyna's kinis", in which you claim to be the designer of all garments in the kinibikini 2008 range, shown at http://www.thedaily.com.au/news/2008/dec/08/kyna-treacy-crocheted-bikini/ links to a photo gallery at  http://www.thedaily.com.au/news/2008/dec/08/kyna-treacy-crocheted-bikini/, which shows a photo of your Verdant Garden dress knock-off entitled,: "Miami knit dress white- Kini Bikini. Photo: Contributed" as #3 in the gallery.

http://www.thedaily.com.au/news/2008/dec/08/kyna-treacy-crocheted-bikini/
"Kini Bikini"
Photo title: "Miami knit dress white- Kini Bikini. Photo: Contributed"
Sunshine Coast Daily, APN News & Media Ltd.

This webpage links to other webpages, http://www.thedaily.com.au/photos/galleries/kini-bikini-models/7535/ and http://www.thedaily.com.au/photos/galleries/kini-bikini-models/, which are showing photos of your Verdant Garden dress knock-off entitled,: "Miami knit dress white- Kini Bikini. Photo: Contributed":

http://www.thedaily.com.au/photos/galleries/kini-bikini-models/7535/
"Kini Bikini"
Photo title: "Miami knit dress white- Kini Bikini. Photo: Contributed"

http://www.thedaily.com.au/photos/galleries/kini-bikini-models/
"Kini Bikini"
Photo title: "Miami knit dress white- Kini Bikini. Photo: Contributed"

This article, "Kyna's kinis", reports that you made first contacted with a Chinese crochet factory and placed orders for crochet garments.

"Kyna had always liked the unique one piece style adored in the 1960s and 1970s and believed in her designs enough to contact a Chinese factory that could make them, although she had to take a chance with her personal savings to meet a minimum order of 60.

Her orders to China are now in the thousands, rather than dozens."

2) The Sunshine Coast Daily Online

M 5.5, southern Sumatra, Indonesia  ●⬇●⬤⬛ Now: 55°F ●  Tue: 68°F ⬛  Wed: 68°F ⬛



Her orders to China are now in the thousands, rather than dozens."

2) The Sunshine Coast Daily Online
APN News & Media Ltd.
Article dated December 9, 2008
Source: http://www.finda.com.au/story/2008/12/09/kynas-kinis-hit-hollywood-shelves/

Article: Kyna's kinis hit Hollywood shelves

This article, "Kyna's kinis hit Hollywood shelves", in which you claim to be the designer of all garments in the kinibikini 2008 range, shown at the webpage, http://www.finda.com.au/story/2008/12/09/kynas-kinis-hit-hollywood-shelves/,
has a link to the same photo gallery as the "Kyna's Kinis" article: http://www.thedaily.com.au/photos/galleries /kini-bikini-models/7533/, with a frame photo gallery", which includes a photo of your Verdant Garden dress knock-off entitled: "Miami knit dress white- Kini Bikini. Photo: Contributed" as photo number 3

And the webpage, http://www.thedaily.com.au/photos/galleries/kini-bikini-models/7533/, links to a different webpage, http://www.thedaily.com.au/news/2008/dec/08/kyna-treacy-crocheted-bikini/, showing a photo of your verdant Garden dress knock-off entitled,:"Miami knit dress white- Kini Bikini. Photo: Contributed".

This article, "Kyna's kinis hit Hollywood shelves", reports that you began ordering crochet garments, including the WORK, in quantities of dozens, but are now ordering crochet garments in quantities of thousands, from the crochet factory, and further you intend to place more orders for crochet garments:

"Her orders to China are now in the thousands, rather than dozens.

"It's blown me away because I didn't intend for it to be so popular or take off in the way it has," she said.

"I knew I liked them but I didn't know if everyone else would because crochet hasn't been around for quite a while and no one else was really doing it.

"When I turned 25 I started saving to put towards my first range because modelling is a short lived career."

3) Sunshine Coast Daily (Maroochydore, Australia)
APN Newspapers Pty Ltd.
Article dated: January 2, 2009
Source: http://www.highbeam.com/doc/1G1-195950666.html

Article: {kini a new twist on } {old fave}; The crochet bikini is back, thanks to the creative talents of Kyna Treacy. Her updated version of the '60s icon is winning a new legion of fans, as Hayley Nissen reveals.

"'I found some patterns, updated them, added cotton elastane so you can swim in them and introduced new shapes.'"

"Kyna has also branched out into crochet dresses, tops and cover-ups to make sure she keeps on top of the market."



"Kyna has also branched out into crochet dresses, tops and cover-ups to make sure she keeps on top of the market."

Citation:

"{kini a new twist on } {old fave}; The crochet bikini is back, thanks to the creative talents of Kyna Treacy. Her updated version of the '60s icon is winning a new legion of fans, as Hayley Nissen reveals." Sunshine Coast Daily (Maroochydore, Australia). APN Newspapers Pty Ltd. 2009. Retrieved August 19, 2009 from HighBeam Research: http://www.highbeam.com/doc/1G1-195950666.html

In this article, "{kini a new twist on } {old fave}; The crochet bikini is back, thanks to the creative talents of Kyna Treacy. Her updated version of the '60s icon is winning a new legion of fans, as Hayley Nissen reveals.", in which you claim to be the designer of all garments in the kinibikini 2008 range, has a link to http://www.kinibikini.comand quotes from you stating that you actively researched and used existing crochet patterns belonging to other than yourself, that you revised these existing crochet patterns, took your revised crochet patterns to China and had copies made of them in amounts up to and over 1,000. Which is very different from what you told me after you received my notice of copyright infringement regarding your knock-off of the WORK, sent to you on May 13, 2009. Again, let me show you an excerpt from your email reply sent to me on May 13, 2009:

Thank you for alerting me that this is your design, last year I did various crochet pieces for sale for my collection, this season my entire collection is lycra. I am not doing the Miami knit dress anymore- you have my word- the pics are still on my website but its last season stock for me. I bought it wholesale from a company in China zhangqingbao and then I noticed all these other american sites selling the same thing but with tacky glamour models in the pics and was not tasteful. I am no longer buying out of China I now get my lycra made in Australia and never intended to copy your design- I wish I knew about your brand earlier and I wouldn't have bought or sold any."

This email reply, which you sent me less than six months after your statements to the media were internationally published via the internet, shows that your conduct towards me is and always was in bad faith. Even to this very day you display your knock-offs of the WORK on your websites, http://www.kinibikini.com and http://shopkinibikini.com/, and still make the same false claims about the origin of the Miami knit dress, which is as a knock-off of the WORK.

This activity is actionable under federal law and causes you to be liable to Hawaiian Delights, Hawaiian Delights Crochet Bikinis, http://www.eve-lynne.com, formerly known as http://www.hawaiiandelights , and the author of the WORK, "Eve-Lynne Miyasaki" and Margaret Eve-Lynne Miyasaki, in every country in which you advertise such products for sale. Please note that I am also sending a copy of this letter to your internet service provider.

This wholesale misappropriation of my copyright works has not been authorized by me and is an infringement of my exclusive rights as copyright owner. Because the infringement is flagrant, I believe that this is a very serious matter. I demand that you cease and desist from disseminating the material posted at the referenced web site immediately, including any hyperlinks to other locations where the information may available from all web sites and servers under your control.

In the circumstances I also demand that you immediately:

Yahoo! Mail - Nightly

arks Tools Help

el...

us.mg6.mail.yahoo.com/neo/launch?.rand=7s0bmm45jf8ds          ☆ ▽ 🔣 Google

w Window ✗Repair | ✗Cut 🗋Paste 🖾Isolate 𝒪Erase ▥Relax ⓞMake BW ⬜Center ✐Fix Page ✗Remove | ✌s
web sites and servers under your control.

In the circumstances I also demand that you immediately:

1) remove all aforesaid infringing material from your Website(s), and notify me in writing that you have done so;

2) undertake in writing to desist from using any of my copyrighted work in future without prior written authority
from me.

I await to hear from you by no later than close of business on  **AUGUST 30, 2009**, failing which equivalent
letters will be sent to:

* Your Web Host

* Your Domain Registrar

* Legal Support at Google and other Search Engines.

This is written without prejudice to my rights, all of which are hereby fully and expressly reserved.

Thank you for your anticipated cooperation. I can be reached at (415) 846-5913 should you have any questions.

   Sincerely,


Margaret Eve-Lynne Miyasaki
Hawaiian Delights Crochet Bikinis.
http://www.eve-lynne.com (formerly http://www.hawaiiandelights.com


— On Thu, 8/20/09, Eve Miyasaki <hawaiiandelights@yahoo.com> wrote:

From: Eve Miyasaki <hawaiiandelights@yahoo.com>
Subject: Cease and Desist / "Miami Knit Dress" / "Verdant Garden"
To:
Cc: info@kinibikini.com, kyna@kinibikini.com
Date: Thursday, August 20, 2009, 4:50 PM

Margaret Eve-Lynne Miyasaki
2023 Folsom #6
San Francisco, CA 94110 USA

To:

Kyna Treacy
http://www.kinibikini.com
http://kinibikini.com.au/
www.shopkinibikini.com
Registrant:   Kini Bikini

M 5.5, southern Sumatra, Indonesia ● 🔋 ● | ⊙ | 🛅 | Now: 55°F 🌤 | Tue: 68°F ❄ | Wed: 68°F 🌧



og Mail - Nightly     [_][□] x

Tools Help

mg6.mail.yahoo.com/neo/launch?.rand=7s0bmm45jf8ds    ☆ ▽ | 🔍 ▽ | Google   ●   ☺ ▼

ndow ✗Repair | ✗Cut 🖺Paste 🖩Isolate ⌀Erase 🖩Relax ❶Make BW ☰Center ✎Fix Page ✗Remove | ✌Se

www.shopkinibikini.com
Registrant:   Kini Bikini
info@kinibikini.com
kyna@kinibikini.com
Mobile: +61 410 53 9903

RE: "Kini Bikini Miami Knit Dress" and "Miami Knit Dress" by Kyna Treacy

Dear Ms. Treacy;

You have made an unauthorized use of my copyrighted work, wearable art /crochet dress entitled "Verdant Garden"(hereinafter the "WORK") in the preparation of a work derived therefrom; and are reproducing and authorizing it for sale on your website at:

www.kinibikini.com, http://kinibikini.com.au/ and www.shopkinibikini.com,

specifically, at the following pages:

1) http://www.kinibikini.com

2) http://www.kinibikini.com/collection/fashion-show/miami-knit-dress-in-white?mode=minimal

3)http://www.kinibikini.com/collection/summer-0809/miami-knit-dress-white?mode=minimal

4) http://www.kinibikini.com.au/collection/fashion-show/miami-knit-dress-in-white?mode=minimal

5) http://shopkinibikini.com/cart.php?target=product&product_id=16140&substring=Miami

6) http://shopkinibikini.com
/cart.php%3Ftarget%3Dcategory%26category_id%3D105&usg=__ZRpAwEE03MsIw_SwRCoT9PmpNrU=&
h=100&w=67&sz=8&hl=en&start=5&sig2=zoQKak4339Qv0AATgA56RA&
um=1&tbnid=JGmmBI3dSFtG6M:&tbnh=82&tbnw=55&prev=/images%3Fq
%3D%2522Miami%2Bknit%2Bdress%2522%26hl%3Den%26safe%3Doff%26client%3Dfirefox-
a%26rls%3Dorg.mozilla:en-US:official%26um%3D1&ei=b_ZxSt_4A4OwtgOwv43MCA

7) http://shopkinibikini.com
/cart.php%3Ftarget%3Dcategory%26category_id%3D105&usg=__ZRpAwEE03MsIw_SwRCoT9PmpNrU=&
h=100&w=67&sz=8&hl=en&start=

and sold on the sites of your distributor, www.clothingstoreonline.com.au, specifically, at the following pages:

1) http://www.clothingstoreonline.com.au/Miami-knit-dress-p-17403.html

2) https://www.clothingstoreonline.com.au/Dresses-p-1-c-315.html

3)http://www.clothingstoreonline.com.au/Dresses-p-1-c-
315.html&xid=3abbfd0e9059992cce3134ce1de45fa1

and sold on the sites of your other distributor, www.clothingstoreonline.com.au, specifically, at the following

M 5.5, southern Sumatra, Indonesia  ● 🔋 ● | ⊙ | 🔅 | Now: 55°F 🌤 | Tue: 68°F 🌧 | Wed: 68°F 🌧



and sold on the sites of your other distributor, www.clothingstoreonline.com.au, specifically, at the following pages:

1) http://www.shopwiki.com.au

2) http://www.shopwiki.com.au/Donna+Karan+knit+dress

3) http://www.shopwiki.com.au/_Miami+knit+dress

This item is a copy of my original wearable art /crochet dress, entitled "Verdant Garden" displayed on the following pages:

1) http://www.eve-lynne.com/RESORT_WEAR.html

2) http://archives.starbulletin.com/2000/06/01/features/story2.html

and formerly shown at:

1) http://www.hawaiiandelights.com/RESORT_WEAR.html

My original WORK is presently offered for sale by my business, Margaret Eve-Lynne Miyasaki, "Eve-Lynne Miyasaki", dba Hawaiian Delights and Hawaiian Delights Crochet Bikinis, http://www.eve-lynne.com, and formerly known as
http://www.hawaiiandelights.com . I have reserved all rights in the WORK, first offered for sale as of 1998 and first published on the Internet at http://www.hawaiiandelights.com as of 2000, and copyrighted therein. The ownership and development of the WORK has been under my sole control previous to those dates and at all times have been my original wearable art.

Your copy / copies are essentially identical to the WORK and clearly used the WORK as its basis. The WORK is protected under the Copyright Act and cannot be reproduced without my prior authorization. As you neither asked for nor received permission to use the WORK as the basis, nor to make or sell copies, you have willfully infringed my rights under 17 U.S.C. Section 101 et seq. Such authorization, if it had been sought, would not have been given.

Furthermore, you are intentionally trading on the goodwill and reputation of Hawaiian Delights, Hawaiian Delights Crochet Bikinis and the author of the WORK, "Eve-Lynne Miyasaki" and Margaret Eve-Lynne Miyasaki, by using copies that are confusingly similar to the WORK.

It is clear that your use of the WORK is intended to (and actually does) confuse and misdirect consumers by holding out your copies as being an original that you have the authority to make and sell when it is not the case. This deliberate use of the WORK is a scheme to defraud consumers.

Furthermore, due to the inferior quality, workmanship, and price of your copy/copies, your offering such copy/copies constitutes a trade disparagement of the WORK, my original wearable art /crochet dress.

As well as having the appropriate legal copyright notices on the both of my websites, you were given personal notice of copyright infringement by email from me to you, dated April 13, 2009.

On April 13, 2009, I sent you an email giving you notice of copyright infringement by you of the WORK



and sold on the sites of your other distributor, www.clothingstoreonline.com.au, specifically, at the following pages:

1) http://www.shopwiki.com.au

2) http://www.shopwiki.com.au/Donna+Karan+knit+dress

3) http://www.shopwiki.com.au/_Miami+knit+dress

This item is a copy of my original wearable art /crochet dress, entitled "Verdant Garden" displayed on the following pages:

1) http://www.eve-lynne.com/RESORT_WEAR.html

2) http://archives.starbulletin.com/2000/06/01/features/story2.html

and formerly shown at:

1) http://www.hawaiiandelights.com/RESORT_WEAR.html

My original WORK is presently offered for sale by my business, Margaret Eve-Lynne Miyasaki, "Eve-Lynne Miyasaki", dba Hawaiian Delights and Hawaiian Delights Crochet Bikinis, http://www.eve-lynne.com, and formerly known as
http://www.hawaiiandelights.com . I have reserved all rights in the WORK, first offered for sale as of 1998 and first published on the Internet at http://www.hawaiiandelights.com as of 2000, and copyrighted therein. The ownership and development of the WORK has been under my sole control previous to those dates and at all times have been my original wearable art.

Your copy / copies are essentially identical to the WORK and clearly used the WORK as its basis. The WORK is protected under the Copyright Act and cannot be reproduced without my prior authorization. As you neither asked for nor received permission to use the WORK as the basis, nor to make or sell copies, you have willfully infringed my rights under 17 U.S.C. Section 101 et seq. Such authorization, if it had been sought, would not have been given.

Furthermore, you are intentionally trading on the goodwill and reputation of Hawaiian Delights, Hawaiian Delights Crochet Bikinis and the author of the WORK, "Eve-Lynne Miyasaki" and Margaret Eve-Lynne Miyasaki, by using copies that are confusingly similar to the WORK.

It is clear that your use of the WORK is intended to (and actually does) confuse and misdirect consumers by holding out your copies as being an original that you have the authority to make and sell when it is not the case. This deliberate use of the WORK is a scheme to defraud consumers.

Furthermore, due to the inferior quality, workmanship, and price of your copy/copies, your offering such copy/copies constitutes a trade disparagement of the WORK, my original wearable art /crochet dress.

As well as having the appropriate legal copyright notices on the both of my websites, you were given personal notice of copyright infringement by email from me to you, dated April 13, 2009.

On April 13, 2009, I sent you an email giving you notice of copyright infringement by you of the WORK

M 5.5, southern Sumatra, Indonesia   Now: 55°F   Tue: 68°F   Wed: 68°F



However, since April 13, 2009, you have continued to this date to sell copies of the WORK, prices ranging from $92.00 to $200, have photos of the WORK on your website and hold it out to the public at large as being a "design" of yours. Further, you have continued to make it available for distribution and sale through various distributors.

Furthermore, your April 13, 2009 email to me that you'd just sold the Miami knit dress after noticing it in a Chinese supplier's warehouse is not what you told the Sunshine Coast Daily Online in your December 2008 interview, "Kyna's Knits." You told them that you had you had originally approached a Chinese factory on your own with an order for 60 items and that your orders to China "are now in the thousands, rather than dozens."

http://www.thedaily.com.au/news/2008/dec/08/kyna-treacy-crocheted-bikini/

Your activities are unlawful and constitute unfair competition, intentional copyright infringement, copyright dilution, false action of origin, trade disparagement and fraud. Furthermore, because you operate an interactive website in which customers can buy items directly from your company by filling out an online form, you can be sued anywhere that your website appears. If I have to file a lawsuit, it will be in the United States court in San Francisco, California.

I, therefore, demand that you immediately cease and desist from reproducing and selling your copies of the WORK, and that you deliver to me all unused, undistributed copies of the WORK, or destroy such copies immediately. Take down or cause to have taken down any and all photos of copies of the WORK on your sites, those of your distributors, and other sites where you have caused photos of copies of the WORK to be displayed. Submit a formal written retraction of your false statements regarding the origin of the copies of the WORK to the newspaper in which they were published, and on your websites and distributors websites where these statement appears. Your false statements appeared in these newspaper articles, which are that you're knock-off of Verdant Garden crochet dress, namely your Miami knit dress, is your original design:

1) The Sunshine Coast Daily
APN News & Media Ltd.
Article dated December 8, 2008
Source: http://www.thedaily.com.au/news/2008/dec/08/kyna-treacy-crocheted-bikini/

Article: Kyna's kinis

This article, "Kyna's kinis", in which you claim to be the designer of all garments in the kinibikini 2008 range, shown at http://www.thedaily.com.au/news/2008/dec/08/kyna-treacy-crocheted-bikini/ links to a photo gallery at http://www.thedaily.com.au/news/2008/dec/08/kyna-treacy-crocheted-bikini/, which shows a photo of your Verdant Garden dress knock-off entitled,:"Miami knit dress white- Kini Bikini. Photo: Contributed" as #3 in the gallery.

http://www.thedaily.com.au/news/2008/dec/08/kyna-treacy-crocheted-bikini/
"Kini Bikini"
Photo title: "Miami knit dress white- Kini Bikini. Photo: Contributed"
Sunshine Coast Daily, APN News & Media Ltd.

This webpage links to other webpages, http://www.thedaily.com.au/photos/galleries/kini-bikini-models /7535/ and http://www.thedaily.com.au/photos/galleries/kini-bikini-models/, which are showing photos of



Yahoo Mail - Nightly

s Tools Help

s.mg6.mail.yahoo.com/neo/launch?.rand=7s0bmm45jf8ds ☆ ▨ ⑧▤ Google ● ⑩ ▾

Window ✕Repair | ✕Cut ⬜Paste ▥Isolate ⬭Erase ▤Relax ⬤Make BW ✤Center ⬗Fix Page ✕Remove | ▱Se

http://www.thedaily.com.au/news/2008/dec/08/kyna-treacy-crocheted-bikini/
"Kini Bikini"
Photo title: "Miami knit dress white- Kini Bikini. Photo: Contributed"
Sunshine Coast Daily, APN News & Media Ltd.

This webpage links to other webpages, http://www.thedaily.com.au/photos/galleries/kini-bikini-models
/7535/ and http://www.thedaily.com.au/photos/galleries/kini-bikini-models/, which are showing photos of
your Verdant Garden dress knock-off entitled,:"Miami knit dress white- Kini Bikini. Photo: Contributed":

http://www.thedaily.com.au/photos/galleries/kini-bikini-models/7535/
"Kini Bikini"
Photo title: "Miami knit dress white- Kini Bikini. Photo: Contributed"

http://www.thedaily.com.au/photos/galleries/kini-bikini-models/
"Kini Bikini"
Photo title: "Miami knit dress white- Kini Bikini. Photo: Contributed"

This article, "Kyna's kinis", reports that you made first contacted with a Chinese crochet factory and
placed orders for crochet garments.

   "Kyna had always liked the unique one piece style adored in the 1960s and 1970s and believed in her
designs enough to contact a Chinese factory that could make them, although she had to take a chance
with her personal savings to meet a minimum order of 60.

   Her orders to China are now in the thousands, rather than dozens."

2) The Sunshine Coast Daily Online
APN News & Media Ltd.
Article dated December 9, 2008
Source: http://www.finda.com.au/story/2008/12/09/kynas-kinis-hit-hollywood-shelves/

Article: Kyna's kinis hit Hollywood shelves

This article, "Kyna's kinis hit Hollywood shelves", in which you claim to be the designer of all garments in
the kinibikini 2008 range, shown at the webpage, http://www.finda.com.au/story/2008/12/09/kynas-kinis-
hit-hollywood-shelves/,
has a link to the same photo gallery as the "Kyna's Kinis" article: http://www.thedaily.com.au/photos
/galleries/kini-bikini-models/7533/, with a frame photo gallery", which includes a photo of your Verdant
Garden dress knock-off entitled: "Miami knit dress white- Kini Bikini. Photo: Contributed" as photo number
3

And the webpage, http://www.thedaily.com.au/photos/galleries/kini-bikini-models/7533/, links to a different
webpage, http://www.thedaily.com.au/news/2008/dec/08/kyna-treacy-crocheted-bikini/, showing a photo of
your verdant Garden dress knock-off entitled,:"Miami knit dress white- Kini Bikini. Photo: Contributed".

This article, "Kyna's kinis hit Hollywood shelves", reports that you began ordering crochet garments,
including the WORK, in quantities of dozens, but are now ordering crochet garments in quantities of
thousands, from the crochet factory, and further you intend to place more orders for crochet garments:

M 5.5, southern Sumatra, Indonesia ● ⬬ ●|⊘|▥| Now: 55°F ⬤ | Tue: 68°F ⬗ | Wed: 68°F ⬗



Thank you for alerting me that this is your design, last year I did various crochet pieces for sale for my collection, this season my entire collection is lycra. I am not doing the Miami knit dress anymore- you have my word- the pics are still on my website but its last season stock for me. I bought it wholesale from a company in China zhangqingbao and then I noticed all these other american sites selling the same thing but with tacky glamour models in the pics and was not tasteful. I am no longer buying out of China I now get my lycra made in Australia and never intended to copy your design- I wish I knew about your brand earlier and I wouldn't have bought or sold any."

This email reply, which you sent me less than six months after your statements to the media were internationally published via the internet, shows that your conduct towards me is and always was in bad faith. Even to this very day you display your knock-offs of the WORK on your websites, http://www.kinibikini.com and http://shopkinibikini.com/, and still make the same false claims about the origin of the Miami knit dress, which is as a knock-off of the WORK.

This activity is actionable under federal law and causes you to be liable to Hawaiian Delights, Hawaiian Delights Crochet Bikinis, http://www.eve-lynne.com, formerly known as http://www.hawaiiandelights , and the author of the WORK, "Eve-Lynne Miyasaki" and Margaret Eve-Lynne Miyasaki, in every country in which you advertise such products for sale. Please note that I am also sending a copy of this letter to your internet service provider.

This wholesale misappropriation of my copyright works has not been authorized by me and is an infringement of my exclusive rights as copyright owner. Because the infringement is flagrant, I believe that this is a very serious matter. I demand that you cease and desist from disseminating the material posted at the referenced web site immediately, including any hyperlinks to other locations where the information may available from all web sites and servers under your control.

In the circumstances I also demand that you immediately:

1) remove all aforesaid infringing material from your Website(s), and notify me in writing that you have done so;

2) undertake in writing to desist from using any of my copyrighted work in future without prior written authority from me.

I await to hear from you by no later than close of business on August 11, 2009, failing which equivalent letters will be sent to:

* Your Web Host

* Your Domain Registrar

* Legal Support at Google and other Search Engines.

This is written without prejudice to my rights, all of which are hereby fully and expressly reserved.

Thank you for your anticipated cooperation. I can be reached at (415) 846-5913 should you have any questions.

Sincerely,

Yahoo Mail - Nightly

s Tools Help

s.mg6.mail.yahoo.com/neo/launch?.rand=7s0bmm45jf8ds     ☆ 🔽 🔍 Google     ● 😊 ▾

Window ✖Repair | ✖ Cut 📋 Paste 📷 Isolate ✐ Erase 📄 Relax ➊ Make BW ✾ Center ✐ Fix Page ✖ Remove | 🏷 S

so;

2) undertake in writing to desist from using any of my copyrighted work in future without prior written authority from me.

I await to hear from you by no later than close of business on  August 11, 2009, failing which equivalent letters will be sent to:

* Your Web Host

* Your Domain Registrar

* Legal Support at Google and other Search Engines.

This is written without prejudice to my rights, all of which are hereby fully and expressly reserved.

Thank you for your anticipated cooperation. I can be reached at (415) 846-5913 should you have any questions.

   Sincerely,


Margaret Eve-Lynne Miyasaki
Hawaiian Delights Crochet Bikinis.
http://www.eve-lynne.com (formerly http://www.hawaiiandelights.com


📎 8 Attached files | 1.6MB

      

cool_croch...   gallery.gif   hollywood_...   kynas_kini...   miami.gif   red.gif   resort_

View Slideshow   Download All                                    ◀ ▶

elete   Reply ▾   Forward 📷 ▾   Print   ⚙ ▾   ⬆ ⬇

M 5.5, southern Sumatra, Indonesia ● 🔔 ● | ⊙ | 🗓 | Now: 55°F 🌀 | Tue: 68°F 🌫 | Wed: 68°F 🌫

Advertisement – Click to support our sponsors



Thursday, June 1, 2000



Rick Berrios photo
Rayna models "Verdant Garden," a dress hand-
crocheted by Eve Miyasaki that sells for $1,500.

# Cool crochet
# makes a comeback

### They're too pretty to have
### been relegated to the
### past forever

By Nadine Kam
Star-Bulletin

▲▲▲

ONCE a hippie chick, always a hippie chick. In the '60s and '70s, Eve Miyasaki lived in teeny weeny crochet bikinis she crafted by hand. Next thing you know, the whimsical designs went away with the smiley face, the fringed vest and hot pants. Such symbols of play had no place in the '80s, nicknamed the decade of greed.

Nevertheless, Miyasaki couldn't bear to part with her crochets. She packed them away in trunks knowing full well that the day of the padded suits would pass, and a new generation would grow up to appreciate the earthiness of crochets.

It took technology to drive us to this point of retreat. All that silicon and aluminum shine called for balance with the tactile and sublime.

And Miyasaki's suits, well, they've provided the inspiration for her Hawaiian Delights line of crocheted bikinis, hot pants, halters, micro mini skirts and bell-bottom pants. She'll be staging a fashion show at 9 p.m. Monday at Pipeline Cafe, 805 Pohukaina St,

"It was frustrating that they disappeared," Miyasaki said. "They were really cool for dancing. You could be covered up, totally legal, yet you had all these tiny holes for ventilation."

For those who can't be there, she has a Web site http://www.HawaiianDelights.com, but she insists the garments must be touched to be believed.

"You wouldn't believe something could be so light and still give coverage," she said. "I build a bra into the construction of the top so a woman who has had children can still wear them.

**EXHIBIT B**



Model Heather wears a hand-crocheted "Levanet" dress by Eve Miyasaki. The dress sells for $1,500.

"They're also strong enough for active wear. I come from a surfing community, so these suits are designed for surfing, boogie-boarding. I have a friend who's a windsurfer and she ties it real tight but it lasted a year. Her (Lycra) OP suit lasted three months."

At the same time, the suits are "wonderfully feminine," Miyasaki said. "I like things to be feminine and pretty. I'm not comfortable wearing anything tomboyish."

She's even assigned her pieces such feminine names as "Moonbloom," "Bird of Paradise" and "Angel Wing."

Miyasaki said there was no market for crochets until about three months ago. That's when she started noticing Gucci and Chanel pieces, and a woman at Wildflowers suggested she revive some of her old designs.

Those designs have been revamped as well to appeal to '90s sensibilities. Thus the full-coverage bikini brief has given way to thongs, and whereas heavy threads were common in garments once imported from the Philippines, Miyasaki uses finer 6- to 8-gauge threads.

What's changed the most is the price of the garments. Miyasaki still makes all the pieces by hand, so prices reflect the artist's touch, starting at $100 for a bikini bra, $100 for a bikini bottom, $300 for hot pants and up to $1,500 for a dress.

In the '60s, Miyasaki would make and give love beads and bikinis to friends, or sell them for $5 to $8, basically the cost of the thread.

"Of course you can't charge your friends, but there was a communal feeling," she said. "Other people made things and gave them away, and with everyone giving things away, you never knew what you were going to get.

"It wouldn't work today."



### FASHION SHOW

➤ **What:** Hawaiian Delights crochet apparel, with Capoeira Hawaii demonstration of dance martial art to live Afro-Brazilian music, prize giveaways and Hot Legs contest
➤ **When:** 9 p.m. Monday
➤ **Where:** Pipeline Cafe, 805 Pohukaina St.
➤ **Cost:** $5 cover
➤ **Call:** 589-1999



 **Index**   **Next** 

HAWAIIAN DELIGHTS CROCHET BIKINIS

http://www.EVE LYNNE.COM formerly dba hawaiiandelights.com < http://www.hawaiiandelights.com > 1998 2000
TO CUSTOM ORDER CROCHET APPAREL PHONE: (808) 945 3494 HAWAII or (415) 846 5913 CALIFORNIA

# RESORT WEAR



BASKET WEAVE

**BASKET WEAVE CROP TOP $300**



BASKET WEAVE L/S TOP $350



**HALTER $400 BELL-BOTTOM PANTS $1000**

# SUN DRESSES





**LAVANET A-LINE SHAPED HALTER DRESS WITH HIGH NECKLINE AND SEXY LOW BACK, AVAILABLE IN MINI OR ABOVE-KNEE LEGNTH $1500**

**EXHIBIT C**






**VERDANT GARDEN** A-LINE SHAPED HALTER DRESS WITH DECOLLETAGE NECKLINE AND LOW SEXY BACK. AVAILABLE IN MINI OR ABOVE-KNEE LEGNTH.
**$1500**

TOP ROW PHOTOS: EVE LYNNE MIYASAKI, MODELS: ABOVE: SYLVANA, TOP RIGHT: ANGELENE, BOTTOM RIGHT: DANI
BOTTOM ROW PHOTOS: RICK BERNICO, MODELS: BOTTOM LEFT: HEATHER, BOTTOM RIGHT: RAYNA







FROM LEFT TO RIGHT: 1) PHOTO: CLAYTON, MODEL: DANI; 2) PHOTO: RICK BERNICO, MODEL: PATRICIA;
3) PHOTO: CLAYTON, MODEL: MAGGIE; 4) PHOTO: CLAYTON, MODEL: NOREEN;
5) PHOTO: EVE LYNNE MIYASAKI, MODEL: DANI; 6) PHOTO: CLAYTON, MODEL: DANI

CLICK ON SMALLER IMAGES FOR LARGER VIEW

HAWAIIAN DELIGHTS CROCHET BIKINIS

© 1998 HAWAIIAN DELIGHTS CROCHET BIKINIS. All Rights Reserved.



**COLOR CHART**

**CLICK**

# BIKINI CROCHET





**CLICK**

**HOW TO ORDER**

## EVE'S WAY



Detail showing "Verdant Garden" design variants



**Sunshine Coast Daily** Online

| **News** | **Sport** | **Entertainment** | **Lifestyle** | **Money** | **Blogs** | **Photos** | **Weather** | **Search** |

# Kini Bikini



Email this gallery

More galleries

Print this photo

Buy this photo

◀ previous     3 of 5     next ▶

Miami knit dress white- Kini Bikini. Photo: Contributed

EXHIBIT D



**thedaily**
.com.au
**Sunshine Coast Daily** Online

| **News** | **Sport** | **Entertainment** | **Lifestyle** | **Money** | **Blogs** | **Photos** | **Weather** | **Searc** |

sunshine coast    noosa    coolum    national    world

## Kyna's kinis

5:41p.m. 8th December 2008   | By **Toby Walker**

Some people spend a lifetime trying to break into Hollywood but fashion entrepreneur Kyna Treacy managed it in 10 months.

The sun was still baking Sydney's beachgoers when the Woombye raised 26 year old took her range of crocheted bikinis to the famous Bondi markets last January.

Kyna had always liked the unique one piece style adored in the 1960s and 1970s and believed in her designs enough to contact a Chinese factory that could make them, although she had to take a chance with her personal savings to meet a minimum order of 60.

She sold 16 on her first day at the markets and by May Kyna's Kini Bikini range was booked for a showcase at Sydney's 2008 Rosemount Fashion Week.

Having studied fashion production and graphic design with the aim of designing for a fashion magazine Kyna returned to modelling in Sydney for national campaigns like Yellowglen while she waited to crack the media job market.

Kini Bikinis was just her earner on the side.

Leading fashion houses like Versace having since released their own crocheted bikini range and with Kyna's creations already in the racks of Hollywood stores and about to pop up in some of Australia's top fashion magazines in the coming weeks it's fair to say this former Immanuel Lutheran College student is ahead of the game.

Her orders to China are now in the thousands, rather than dozens.

"It's blown me away because I didn't intend for it to be so popular or take off in the way it has," she said.



Woombye fashion entrepreneur Kyna Treacy has hit the big time with her crocheted bikinis.

**Photo Gallery: Kini Bikini**



Enlarge photos | View thumbnails

"I knew I liked them but I didn't know if everyone else would because crochet hasn't been around for quite a while and no one else was really doing it.

"When I turned 25 I started saving to put towards my first range because modelling is a short lived career.

"I haven't got a loan and am still modelling to support it all so each week I can buy more stock and stuff for the office."

And Sunshine Coast retailers dying to get their hands on Kyna's range shouldn't have to wait too long.

Kyna plans to visit some stores when she comes home to Woombye to spend Christmas with her parents Brett and Jenny.

**EXHIBIT E**



Home   News   Sport   Entertainment   **Lifestyle**   Money   TV guide   Things to do

« Return to Lifestyle

# Kyna's kinis hit Hollywood shelves

9th December 2008                                    **A** larger | smaller  🖨 Print

SOME people spend a lifetime trying to break
into Hollywood but fashion entrepreneur Kyna
Treacy managed it in 10 months.

The sun was still baking Sydney's beachgoers
when the Woombye raised 26 year old took her
range of crocheted bikinis to the famous Bondi
markets last January.

**Visit a photo gallery here**

Kyna had always liked the unique one piece
style adored in the 1960s and 1970s and
believed in her designs enough to contact a
Chinese factory that could make them,
although she had to take a chance with her
personal savings to meet a minimum order of 60.



A model wears one of Kyna Treacy's original
crocheted Kini Bikini.

Contributed

She sold 16 on her first day at the markets and by May Kyna's Kini Bikini range was booked for
a showcase at Sydney's 2008 Rosemount Fashion Week.

Having studied fashion production and graphic design with the aim of designing for a fashion
magazine Kyna returned to modelling in Sydney for national campaigns like Yellowglen while she
waited to crack the media job market.

Kini Bikinis was just her earner on the side.



Leading fashion houses like Versace having since released
their own crocheted bikini range and with Kyna's creations
already in the racks of Hollywood stores and about to pop
up in some of Australia's top fashion magazines in the
coming weeks it's fair to say this former Immanuel Lutheran
College student is ahead of the game.

Her orders to China are now in the thousands, rather than
dozens.

"It's blown me away because I didn't intend for it to be so
popular or take off in the way it has," she said.

"I knew I liked them but I didn't know if everyone else
would because crochet hasn't been around for quite a while

and no one else was really doing it.

"When I turned 25 I started saving to put towards my first range because modelling is a short
lived career.

"I haven't got a loan and am still modelling to support it all so each week I can buy more stock
and stuff for the office."

And Sunshine Coast retailers dying to get their hands on Kyna's range shouldn't have to wait
too long.

Kyna plans to visit some stores when she comes home to Woombye to spend Christmas with
her parents Brett and Jenny.

**EXHIBIT F**



**EXHIBIT G**

Search ▶  Sign up for Newsletter ▶  News ▶

Login ▶  Register ▶

# CLOTHING STORE ONLINE

Shopping bag is empty



| STORE WINDOW | ABOUT US | CUSTOMER CARE | WHOLESALERS | CONTACT US |

**Store Window**

**Designers**

All Designers
All Accessories Designers
All Babies, Kids and Matern
All Men's Wear Designers
Ampersander
Antonia Paris
Baobab
Bespoke
Body Sock Cafe
Boon-Dah
Edwina Bolger
Elephantberry
Femina
Fine Cloth
Fish Lilly
Hamb
Ivory Skies
Jo Jo Ivory
**Kini Bikini**
Leonard Street
Lilliputian Designs
Loop
Love from KO
Mandarin Square



**KINI BIKINI**
**MIAMI KNIT DRESS**

Cotton elastane crochet dress, tie up adjustable back.

Can be worn as a halter or normal straps. Tight weave, not see through.

Cleavage area can be adjusted by tying in thread

Colours: Black, White, other colours available on request.

| SIZING CHART | | | |
|------|------|-----|-------|
| Size | 6 & 8 | 10 | 12 &14 |
| Bust | 84.5 | 87 | 92 |
| Waist | 64.5 | 67 | 72 |
| Hip | 94.5 | 97 | 102 |

Care Instructions: All items are cotton elastane, and should be handwashed and dried flat.

Note: We carry small amounts of stock, most styles are made to order so please allow 10 days for delivery.

SEE OTHER PRODUCTS BY "KINI BIKINI"

**$92.00**
including GST
& postage*

| Size | ▼ |
| Size Information | |
| Colour | ▼ |
| Quantity | ▼ |

**ADD TO
SHOPPING
BAG**

**Shoppers
Terms &
Conditions**

*All prices are in Australian dollars and include postage within Australia. Postage for overseas purchases is added

# EXHIBIT H

http://www.kinibikini.com/#!collection








cancun dress



cancun dress side



cancun dress back