# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| MARGARET EVE-LYNNE MIYASAKI,<br><br>           Plaintiff(s),<br>    v.<br><br>KYNA TREACY,<br><br>           Defendant(s).<br>_____/ | No. C 12-04427 MEJ<br><br>**ORDER RE: STATUS** |

This matter is currently scheduled for a Case Management Conference on November 29, 2012. However, as there is no indication that Defendant(s) has/have been served, the Court VACATES the November 29 conference and ORDERS Plaintiff Margaret Eve-Lynne Miyasaki to file a status report by December 6, 2012.

**IT IS SO ORDERED.**

Dated: November 26, 2012

_____
Maria-Elena James
Chief United States Magistrate Judge