UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| MARGARET EVE-LYNNE MIYASAKI, | No. C 12-04427 MEJ |
| Plaintiff(s), | **ORDER RE: STATUS** |
| v. | |
| KYNA TREACY, | |
| Defendant(s). | |
| _____/ | |

This matter is currently scheduled for a Case Management Conference on November 29, 2012. However, as there is no indication that Defendant(s) has/have been served, the Court VACATES the November 29 conference and ORDERS Plaintiff Margaret Eve-Lynne Miyasaki to file a status report by December 6, 2012.

**IT IS SO ORDERED.**

Dated: November 26, 2012

_____
Maria-Elena James
Chief United States Magistrate Judge