UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| MARGARET EVE-LYNNE MIYASAKI, | No. C 12-04427 MEJ |
| Plaintiff(s), | **ORDER RE: STATUS** |
| v. | |
| KYNA TREACY, | |
| Defendant(s). | |

This matter is currently scheduled for a Case Management Conference on February 14, 2013. However, as no joint statement has been filed, the Court VACATES the February 14 conference and ORDERS Plaintiff to file a status report by February 21, 2013.

**IT IS SO ORDERED.**

Dated: February 8, 2013

_____
Maria-Elena James
United States Magistrate Judge