UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| MARGARET EVE-LYNNE MIYASAKI,<br><br>                    Plaintiff(s),<br>     v.<br>KYNA TREACY,<br><br>                    Defendant(s).<br>_____/ | No. C 12-04427 MEJ<br><br>**ORDER RE: STATUS** |

This matter is currently scheduled for a Case Management Conference on February 14, 2013. However, as no joint statement has been filed, the Court VACATES the February 14 conference and ORDERS Plaintiff to file a status report by February 21, 2013.

**IT IS SO ORDERED.**

Dated: February 8, 2013

_____
Maria-Elena James
United States Magistrate Judge