

EXHIBIT A



SWLF NSW FMOCR705
19 DEC 12 22:32

SWLF NSW FMOCR705
19 DEC 12 22:32