UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| MARGARET EVE-LYNNE MIYASAKI, | No. C 12-4427 MEJ |
| Plaintiff, | **ORDER RE: STATUS** |
| v. | |
| KYNA TREACY, et al., | |
| Defendants. | |

As there has been no docket activity February 25, 2013 status report, the Court ORDERS Plaintiff to file an updated status report by May 30, 2013.

**IT IS SO ORDERED.**

Dated: May 15, 2013

_____
Maria-Elena James
United States Magistrate Judge