UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| MARGARET EVE-LYNNE MIYASAKI,<br><br>    Plaintiff,<br>  v.<br>KYNA TREACY, et al.,<br>    Defendants.<br>_____/ | No. C 12-4427 MEJ<br><br>**ORDER TO SHOW CAUSE** |

On May 15, 2013, the Court ordered Plaintiff to file a status report by May 30, 2013. Dkt. No. 10. As there has been no response, the Court hereby ORDERS Plaintiff Margaret Eve-Lynne Miyasaki to show cause why this case should not be dismissed for failure to prosecute and failure to comply with court deadlines. Plaintiff shall file a declaration by June 14, 2013. If a responsive declaration is filed, the Court shall either issue an order based on the declaration or conduct a hearing on June 27, 2013 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. Notice is hereby provided to Plaintiff that the Court may dismiss the case without a hearing if no responsive declaration is filed. Thus, it is imperative that Plaintiff file a written response by the deadline above.

**IT IS SO ORDERED.**

Dated: June 6, 2013

_____
Maria-Elena James
United States Magistrate Judge