UNITED STATES DISTRICT COURT

Northern District of California

MARGARET EVE-LYNNE MIYASAKI,     No. C 12-4427 MEJ

          Plaintiff,     **ORDER DISCHARGING ORDER TO SHOW CAUSE**

    v.

KYNA TREACY, et al.,

          Defendants.

_____/

On June 6, 2013, the Court ordered Plaintiff Margaret Eve-Lynne Miyasaki to show cause why this case should not be dismissed for failure to prosecute and failure to comply with court deadlines. Having received Plaintiff's counsel's declaration in response, the Order to Show Cause is DISCHARGED. Plaintiff shall file an updated status report by September 5, 2013.

**IT IS SO ORDERED.**

Dated: June 7, 2013

                                            _____
                                            Maria-Elena James
                                            United States Magistrate Judge