UNITED STATES DISTRICT COURT
For the Northern District of California

# UNITED STATES  DISTRICT COURT

## Northern District of California

| | |
|---|---|
| MARGARET EVE-LYNNE MIYASAKI,<br><br>                Plaintiff,<br>    v.<br><br>KYNA TREACY, et al.,<br><br>                Defendants.<br>_____/ | No. C 12-4427 MEJ<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE** |

On June 6, 2013, the Court ordered Plaintiff Margaret Eve-Lynne Miyasaki to show cause why this case should not be dismissed for failure to prosecute and failure to comply with court deadlines.  Having received Plaintiff's counsel's declaration in response, the Order to Show Cause is DISCHARGED.  Plaintiff shall file an updated status report by September 5, 2013.

**IT IS SO ORDERED.**

Dated: June 7, 2013

_____
Maria-Elena James
United States Magistrate Judge