UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| MARGARET EVE-LYNNE MIYASAKI,<br><br>           Plaintiff,<br>   v.<br>KYNA TREACY,<br><br>           Defendant.<br>_____/ | No. C 12-4427 MEJ<br><br>**ORDER SETTING FURTHER STATUS CONFERENCE** |

On December 10, 2013, Plaintiff Margaret Eve-Lynne Miyasaki filed her Fifth Status Report, indicating that she is still attempting to effect service of process on Defendant and requesting that the Court continue this matter for 90 days for another status conference. Dkt. No. 17. The Court **GRANTS** Plaintiff's request and sets this matter for further status conference on **March 13, 2014,** at 10:00 a.m. in Courtroom B. Plaintiff shall file a Sixth Status Report by **March 6, 2014**, detailing whether service has been completed. The Court notes that it has been over a year since Plaintiff filed this case and the Court has given Plaintiff ample time to locate and serve Defendant. If Plaintiff has not served Defendant by March 6, 2014, Plaintiff shall show cause as to why this action should not be dismissed.

**IT IS SO ORDERED.**

Dated: December 13, 2013

_____
Maria-Elena James
United States Magistrate Judge