UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARET EVE-LYNNE MIYASAKI,<br><br>    Plaintiff,<br><br>    v.<br><br>KYNA TREACY, et al.,<br><br>    Defendants. | Case No.  12-cv-04427-MEJ<br><br>**ORDER DISCHARGING OSC AND DIRECTING PLAINTIFF TO FILE STATUS REPORT**<br><br>Re: Dkt. No. 21 |

On March 14, 2014, the Court issued an Order to Show Cause for failure to prosecute or comply with Court deadlines. Over a year and a half had transpired since Plaintiff filed this case, yet she had not served Defendant, an Australian citizen who resides overseas. Dkt. No. 21. The Court ordered Plaintiff to file a declaration by April 17, 2014 advising the Court of the efforts she had taken to serve Plaintiff since March 6, 2014, and scheduled a hearing on April 24, 2014. *Id*. On Plaintiff's timely motion (Dkt. No. 22), the Court continued the written response date to May 1, 2014, and the hearing date to May 8, 2014. Dkt. No. 23. The Court is in receipt of Plaintiff's declaration in response. Dkt. No. 22. Good cause appearing, the Court hereby VACATES the order to show cause. Plaintiff is ORDERED to file a status report by July 1, 2014, advising the Court of: (1) the steps Plaintiff has taken to serve Defendant; and (2) the amount of time Plaintiff believes will be required to accomplish each step.

**IT IS SO ORDERED.**

Dated: May 7, 2014

MARIA-ELENA JAMES
United States Magistrate Judge