UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARGARET EVE-LYNNE MIYASAKI,<br><br>    Plaintiff,<br><br>    v.<br><br>KYNA TREACY, et al.,<br><br>    Defendants. | Case No. 5:12-cv-04427-EJD<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

Having reviewed the parties' statements, the court finds that a scheduling conference is premature at this time.

Accordingly, the Case Management Conference scheduled for March 31, 2016, is CONTINUED to **10:00 a.m. on July 7, 2016.** The parties shall file an updated Joint Case Management Conference Statement, or separate statements if appropriate under Civil Local Rule 16-9, on or before **June 30, 2016.**

**IT IS SO ORDERED.**

Dated: March 25, 2016

                                          EDWARD J. DAVILA
                                          United States District Judge