UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARGARET EVE-LYNNE MIYASAKI,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>KYNA TREACY, et al.,<br><br>　　　　　　　Defendants. | Case No.  5:12-cv-04427-EJD<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

　　　　Having reviewed Plaintiff's Case Management Conference Statement (Dkt. No. 95), and because this case is not yet at issue, the court finds that a scheduling conference is premature at this time.

　　　　Accordingly, the Case Management Conference scheduled for July 7, 2016, is CONTINUED to **10:00 a.m. on September 29, 2016.**  The parties shall file a Joint Case Management Conference Statement, or separate statements as appropriate under Civil Local Rule 16-9, on or before **September 22, 2016.**

　　　　**IT IS SO ORDERED.**

Dated:  July 1, 2016

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　EDWARD J. DAVILA
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Case No.: 5:12-cv-04427-EJD
ORDER CONTINUING CASE MANAGEMENT CONFERENCE

1