UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARGARET EVE-LYNNE MIYASAKI,<br><br>Plaintiff,<br><br>v.<br><br>KYNA TREACY, et al.,<br><br>Defendants. | Case No.  5:12-cv-04427-EJD<br><br>**ORDER RE: JOINT TRIAL SETTING CONFERENCE STATEMENT** |

No later than **5:00 p.m. on August 14, 2018**, the parties shall file *one Joint* Trial Setting Conference Statement that complies with the undersigned's Standing Order for Civil Cases.

The separately-filed statements (Dkt. Nos. 156, 157) filed without first obtaining leave of court to file such statements will not be considered.

**IT IS SO ORDERED.**

Dated:  August 14, 2018

_____
EDWARD J. DAVILA
United States District Judge

Case No.: 5:12-cv-04427-EJD
ORDER RE: JOINT TRIAL SETTING CONFERENCE STATEMENT
1