HOLLAND & KNIGHT LLP
   Stacie P. Nelson, CA Bar No. 185164
50 California Street, 28th Floor
San Francisco, California 94111
Telephone: (415) 743-6900
Facsimile: (415) 743-6910
Email: stacie.nelson@hklaw.com

HOLLAND & KNIGHT LLP
   Robert Barton, CA Bar No. 269455
   John A. Canale, CA Bar No. 287287
   Kelly J. Cass, CA Bar No. 305952
   Vivian M. Rivera, CA Bar No. 311621
400 South Hope Street, 8th Floor
Los Angeles, California 90071
Telephone: (213) 896-2400
Facsimile: (213) 896-2450
Email: robert.barton@hklaw.com
        john.canale@hklaw.com
        kelly.cass@hklaw.com
        vivian.rivera@hklaw.com

Attorneys for *Defendant*
KYNA TREACY

United States District Court
Northern District of California
San Jose Courthouse

| | |
|---|---|
| MARGARET EVE-LYNNE MIYASAKI, | NO. 5:12-cv-04427-EJD |
| *Plaintiff*, | **NOTICE OF SUBSTITUTION OF COUNSEL** |
| vs. | Courtroom: 4 - 5th Floor |
| KYNA TREACY, dba Kini Bikini, kinibikini.com, kinibikini.com.au, shopkinibikini.com, | 280 South 1st Street, San Jose, CA 95113, Honorable Edward J. Davila, Judge |
| *Defendant*. | |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE THAT Vivian M. Rivera, of the law firm HOLLAND & KNIGHT LLP, 400 South Hope Street, 8th Floor, Los Angeles, CA 90071, 213-896-2400 (T), 213-896-2450 (F), vivian.rivera@hklaw.com and who is a member of the bar of this Court, will be replacing Kelly J. Cass, of the same law firm, HOLLAND & KNIGHT LLP, 400 South Hope Street, 8th Floor, Los Angeles, CA 90071, 213-896-2400 (T), 213-896-2450 (F), kelly.cass@hklaw.com, in this action on behalf of defendant KYNA TREACY.

Dated:  August 20, 2018                                            HOLLAND & KNIGHT LLP

                                                                                          */s/ Vivian Rivera*_____
                                                                                          Vivian Rivera

Dated:  August 20, 2018                                            HOLLAND & KNIGHT LLP

                                                                                          */s/ Kelly Cass*_____
                                                                                          Kelly Cass

# CERTIFICATE OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 400 South Hope Street, 8th Floor, Los Angeles, California 90071.

I served the foregoing document on all counsel of record in this action as follows:

**[X]** (**BY Electronic Transfer to the CM/ECF System**) In accordance with Federal Rules of Civil Procedure 5(d) (3), and Local Rule 5-1(h)(1), I uploaded via electronic transfer a true and correct copy scanned into an electronic file in Adobe "pdf" format of the above-listed documents to the United States District Court Northern District of California Case Management and Electronic Case Filing (CM/ECF) system on this date. It is my understanding that by transmitting these documents to the CM/ECF system, they will be served on all parties of record according to the preferences chosen by those parties within the CM/ECF system. The transmission was reported as complete and without error. The parties of record to receive this service are listed below.

Paul McCarthy
2023 Folsom #6
San Francisco, CA
94110-1335
Email: p_mccarthy@sbcglobal.net
Attorney for Plaintiff Margaret Eve-Lynne Miyasaki

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct. Executed on August 20, 2018, in Los Angeles, California.

*/s/  Kelly Cass*
Kelly Cass